The NATIONAL LIFE & ACCIDENT IN-
SURANCE COMPANY, Appellant, v.
Dora R. FLORES et vir., Appellees.

No. 10677.

Court of Civil Appeals of Texas.
San Antonio.

Jan. 31, 1940.

Motion for Rehearing Withdrawn
March 27, 1940.

G. Woodson Morris, of San Antonio, for appellant.

Gus B. Mauermann and Albert C. Buss, both of San Antonio, for appellees.

PER CURIAM.

The judgment of the trial court is affirmed.

REPUBLIC NATIONAL LIFE INSUR-
ANCE COMPANY, Appellant, v. M.
C. PALACIOS, Appellee.

No. 10713.

Court of Civil Appeals of Texas.
San Antonio.

March 27, 1940.

Cox, Hasting & Gragg, of Dallas, for appellant.

N. C. Burney and F. C. Canfield, both of Floresville, for appellee.

PER CURIAM.

Affirmed without written opinion. Associated Indemnity Corporation et al. v. J. M. Gatling, Tex.Civ.App., 75 S.W.2d 294.